IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JON B. BATENHORST and MINDY BATENHORST, Husband and Wife,<br><br>        Plaintiffs,<br><br>    vs.<br><br>RHETT J. ECKMANN, M.D.;<br><br>        Defendant. | 8:12CV131<br><br>ORDER |

    This matter is before the court on defendant's motion in limine, Filing No. 39, and plaintiffs' motion in limine, Filing No. 40. The court has reviewed the motions and determines they can be addressed prior to trial on Monday, November 18, 2013.

    THEREFORE, IT IS ORDERED that defendant's motion in limine, Filing No. 39, and plaintiffs' motion in limine, Filing No. 40, will be decided prior to trial on Monday, November 18, 2013, at 8:30 a.m.

    Dated this 13th day of November, 2013.

                                                BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              United States District Judge