IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JON B. BATENHORST, Husband and Wife; and MINDY BATENHORST, Husband and Wife;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RHETT J. ECKMANN, M.D.;<br><br>　　　　　Defendant. | **8:12CV131**<br><br>**JUDGMENT** |

Pursuant to the jury verdict entered this date, judgment is entered in favor of defendant and against plaintiffs.

DATED this 21st day of November, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge